**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-01487-LTB

DAWN HOWARD,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a governmental entity, also conducting business as The Denver Public Library and the Denver Public Library Commission,
SHIRLEY AMORE, City Librarian, Director of the Denver Public Library, in her official and individual capacities,
LETTY ICOLARI, Director of Administrative Services, in her official and individual capacities, and
JENNY LAPERRIERE, in her official and individual capacities,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Amend Case Caption (Doc 8 - filed December 17, 2014) is **GRANTED**.  The case caption shall be amended, as set forth in the caption above.


Dated: December 18, 2014
_____