# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   14-cv-01487-LTB-KMT

DAWN HOWARD,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a governmental entity; also conducting business as The Denver Public Library and the Denver Public Library Commission;
SHIRLEY AMORE, City Librarian, Director of the Denver Public Library, in her official and individual capacities;
LETTY ICOLARI, Director of Administrative Services, in her official and individual capacities; and
JENNY LAPERRIERE, in her official and individual capacities,

      Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 25 - filed July 13, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: July 14, 2015